UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

DAVID McINTIRE,

*Plaintiff,*

v.

WALGREEN CO., FIRST ADVANTAGE OCCUPATIONAL HEALTH SERVICES CORP. and DOES 1-10, inclusive,

*Defendants.*

Case No.: 2:16-cv-2027 BRO (KSx)

ORDER ON STIPULATED DISMISSAL

### ORDER DISMISSING PLAINTIFF'S LAWSUIT

On June 26, 2016, Plaintiff filed a STIPULATED MOTION FOR VOLUNTARY DISMISSAL against all Defendants with prejudice. Defendants, by and through their counsel, signed the motion.

Plaintiff's motion is hereby **GRANTED** and his lawsuit is hereby dismissed with prejudice against all Defendants.

SIGNED this 28th day of June 2016.

_____
United States District Judge